IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA CURE, individually and on behalf of minor child, K.R.;<br><br>Plaintiff,<br><br>vs.<br><br>PEDCOR MANAGEMENT CORP., and PEDCOR INVESTMENTS 2005-LXXXII, L.P.,<br><br>Defendants. | 8:16CV154<br><br>ORDER |

Defendants removed this case from the District Court of Hall County, Nebraska, and requested trial in Omaha, Nebraska. Plaintiff's amended complaint requests trial in Lincoln, Nebraska.

Upon review of the pleadings, the court finds:

- Defendant Pedcor Management is a citizen of Indiana, with its principal place of business in Indiana;

- the owners/members of Pecor Investments are from Indiana and California;

- defense counsel is from Omaha;

- the facts underlying Plaintiff's complaint occurred in Grand Island, Nebraska, allege actions occurring in Grand Island, and the primary witnesses will be from the Grand Island area;

- Plaintiff is from Grand Island;

- Plaintiff's counsel is from Lincoln; and

- Grand Island is 55 miles closer to Lincoln than to Omaha.

After considering the facts and allegations presented, the court finds that, on balance, Lincoln, Nebraska is a more convenient forum for the litigants, witnesses, and attorneys.

Accordingly,

IT IS ORDERED that this case is re-assigned to a Lincoln, Nebraska trial location.

June 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge