IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNA CURE, individually and on behalf of minor child K.R., | ) ) ) | 8:16CV154 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| PEDCOR MANAGEMENT CORP., and PEDCOR INVESTMENTS 2005-LXXXII, L.P., | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the parties' joint motion for extension of time (filing 17) is granted, as follows:

1.    Plaintiff shall have until August 8, 2016, to respond to Defendants' motion to dismiss (filing 14); and

2.    Defendants shall have until September 12, 2016, to reply.

DATED this 27th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge