IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANNA CURE, individually and on behalf of minor child K.R., | ) | 8:16CV154 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PEDCOR MANAGEMENT CORP., and PEDCOR INVESTMENTS 2005-LXXXII, L.P., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion for extension of time (Filing No. 41) is granted, and, accordingly, that they shall have until December 31, 2017, to file a joint stipulation for dismissal.

DATED this 24th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge