IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNA CURE, individually and on behalf of minor child; | | **8:16CV154** |
| Plaintiff, | | |
| vs. | | **ORDER** |
| RIVERBEND APARTMENTS, PEDCOR MANAGEMENT CORP., PEDCOR INVESTMENTS, LLC, GERALD K. PEDIGO, BRUCE A. CORDINGLEY, PHILLIP J. STOFFREGEN, THOMAS G. CROWE, and PEDCOR INVESTMENTS 2005-LXXXII, L.P., | | |
| Defendants. | | |

IT IS ORDERED that the motion to permit Nick B. Batter to withdraw as counsel of record for Pedcor Management Corp., Pedcor Investments, LLC, Pedcor Investments 2005-LXXXII, L.P., Gerald K. Pedigo, Bruce A. Cordingley, Phillip J. Stoffregen, and Thomas G. Crowe, (Filing No. 43), is granted.

October 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge